

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2020

No. 04-19-00705-CR

Ernesto Esquivel **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR7806
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time to File Brief is hereby GRANTED. Time is extended to February 21, 2020.

It is so **ORDERED** on February 11, 2020.
.

                                                    **PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
Clerk of Court